ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS   2013 FEB 27  AM 9: 07
DALLAS DIVISION

DEPUTY CLERK ICallen

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | No. 3:13-CR-0065-M |
| ATUL NANDA (1) | § | |
| JITEN "JAY" NANDA (2) | § | |
| SIVA SUGAVANAM (3) | § | |
| VIVEK SHARMA (4) | § | |
| ROHIT MEHRA (5) | § | |
| MOHAMMAD KHAN (6) | § | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through the undersigned Special Assistant United States Attorney for the Northern District of Texas, respectfully requests that the Indictment related to this matter be unsealed.

Respectfully Submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*Cynthia Goodman*

CYNTHIA D. GOODMAN
Special Assistant United States Attorney
Texas Bar No. 24055567
1100 Commerce Street, Third Floor
Dallas, TX 75242
Telephone: 214.659.8600
Facsimile: 214.659.8800
Email: cynthia.goodman@usdoj.gov