IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff § | |
| § | |
| v. § | 3-13-CR-00065-M |
| § | |
| VIVEK SHARMA (5) § | |
| Defendant § | |

## NOTICE OF APPEARANCE AS COUNSEL

TO THE HONORABLE COURT:

Now come Richard B. Roper, of Thompson & Knight LLP, and hereby enter a Notice of Appearance as counsel for Defendant Vivek Sharma in the above-entitled and numbered cause. I am an attorney licensed to practice law in the State of Texas, and is currently admitted to practice in the Northern District of Texas. I will assume the defense of Vivek Sharma.

Respectfully submitted,

/s/ Richard B. Roper
Richard B. Roper
State Bar No. 17233700
Richard.Roper@tklaw.com

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (Facsimile)

**ATTORNEY FOR VIVEK SHARMA**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Notice of Appearance has been filed electronically, on this the 20th day of March, 2013 and a copy sent to the United States Attorney's Office through the court's electronic filing system.

                                        /s/ Richard B. Roper
                                        Richard B. Roper