UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

HON. **IRMA CARRILLO RAMIREZ** , Presiding
DEPUTY CLERK **MARIE RAMOS**          COURT REPORTER/TAPE    **FTR**
LAW CLERK _____    USPO_____
INTERPRETER _____    COURT TIME: _2 MIN._
      A.M. _9:00_     P.M. _____    DATE: March 28, 2013 _____

CR. No. _3:13-CR-065-M_    **DEFT No. (04)**

| UNITED STATES OF AMERICA | § | _Cynthia Goodman_ , AUSA |
| | § | |
| v. | § | |
| | § | |
| VIVEK SHARMA | § | Richard Roper III    R |
| Defendant's Name | | Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F) |

### ARRAIGNMENT

☒ . . . . . .   Defendant SWORN.

☒ **arr.** Arraignment   ☐ **rearr.** Rearraignment - Held on count(s) _1, 2-11_
             of the **11** count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.

☐ . . . . . .   New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).

☒ **pl.** Deft enters a plea of   ☒ **ngpl.** (not guilty) ☐ **gpl.** (guilty) ☐ **nolopl.** (nolo)

☐ . . . . . .   Consent to proceed before U.S. Magistrate Judge on misdemeanor case.

☐ . . . . . .   Waiver of Jury Trial

☐ **wvindi.**   Waiver of Indictment, filed.

☐ . . . . . .   Plea Agreement accepted.     ☐ Court defers acceptance of Plea Agreement.

☐ **plag.**   Plea Agreement filed (see agreement for details).    ☐ . . . . . . No Plea Agreement.

☐ . . . . . .   Plea Agreement included with Factual Resume.

☐ **facres.**   Factual Resume filed.

☐ **sen.** Sentencing set _____ at _____ a.m./p.m.

☒ **jytrl.**   Trial set for _____**TBA**_____ at _____ a.m./p.m.
             Pretrial motions due: _____. Discovery motions/Government Responses due: _____.

☐ . . . . . .   Order for PSI, Disclosure Date and Setting Sentencing entered.

☐ **wvpsi.**   PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.

☐ **o.(bnd.)**   Defts bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR

☐ **owarr.**   Deft failed to appear, bench warrant to issue.

☒ . . . . . .   Bond ☑ continued ☐ forfeited

☐ . . . . . .   Deft Custody/Detention continued.

☐ **loc.(LC)**   Deft REMANDED to custody.

OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 2 8 2013

CLERK, U.S. DISTRICT COURT
By _____
        Deputy